Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

P.B. and N.W., minors,

    Plaintiffs,

v.

COREY MARCOTTE, and KING COUNTY

    Defendants.

No. 2:18-cv-01689-RSL

JOINT MOTION TO AMEND CASE SCHEDULE

Note on Motion Calendar:
June 11, 2019

## JOINT MOTION

All parties respectfully request that the Court amend the case schedule. Specifically, the parties request that all remaining deadlines and the trial date be moved out one month. This request is to accommodate the Plaintiffs' academic schedules, which have delayed their depositions. The delay in deposing Plaintiffs, in turn, affects expert disclosures and other deadlines.

The parties propose the following changes to the case schedule:

|  | Original | Amended |
| --- | --- | --- |
| Deadline for amending pleadings | July 10, 2019 | August 9, 2019 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 10, 2019 | August 9, 2019 |

JOINT MOTION TO AMEND CASE SCHEDULE
(2:18-cv-01689-RSL) - 1

SEAMARK LAW GROUP PLLC
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

| | Original | Amended |
|---|---|---|
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | | |
| Discovery completed by | September 8, 2019 | October 8, 2019 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d)) | October 8, 2019 | November 7, 2019 |
| Settlement conference held no later than | September 22, 2019 | October 22, 2019 |
| All motions in limine must be filed by | December 9, 2019 | January 9, 2020 |
| Agreed pretrial order due | December 25, 2019 | January 24, 2020 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire, proposed jury instructions, and trial exhibits due | January 1, 2020 | January 29, 2020 |
| Jury trial begins | January 6, 2020 | February 3, 2020 |

//

//

JOINT MOTION TO AMEND CASE SCHEDULE
(2:18-cv-01689-RSL) - 2

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

1

2 | Dated: June 11, 2019 | Dated: June 11, 2019

3 | MacDONALD HOAGUE & BAYLESS | SEAMARK LAW GROUP PLLC
Attorneys for Plaintiffs | Attorneys for Deputy Marcotte

4

5 | By: *s/David Whedbee* | By: *s/Geoff Grindeland*
David Whedbee, WSBA No. 35977 | Geoff Grindeland, WSBA No. 35798
Joe Shaeffer, WSBA No. 33273 | Nikki Carsley, WSBA No. 46650

6 | MacDonald Hoague & Bayless | Seamark Law Group PLLC
705 2nd Avenue, Suite 1500 | 400 Winslow Way E, Ste 230

7 | Seattle, WA 98104 | Bainbridge Island, WA 98110
(206) 622-1604 | (206) 502-2510

8 | davidw@mhb.com | geoff@seamarklaw.com
joe@mhb.com | nikki@seamarklaw.com

9

Dated: June 11, 2019

10

DANIEL T. SATTERBERG

11 | King County Prosecuting Attorney

12 | By: *David J. Hackett*
David J. Hackett, WSBA No. 21236

13 | King County Prosecuting Attorney
500 4th Avenue, Suite 900

14 | Seattle, WA 98104
(206) 296-8820

15 | david.hackett@kingcounty.gov

16

17 | **ORDER**

18 | Based on the foregoing, IT IS SO ORDERED.

19 | DATED: June 13, 2019

20

21 | *[signature]*
Honorable Robert S. Lasnik

22 | United States District Court Judge

23

JOINT MOTION TO AMEND CASE SCHEDULE | **SEAMARK LAW GROUP PLLC**
(2:18-cv-01689-RSL) - 3 | 400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510