Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P.B. and N.W., minors,<br><br>    Plaintiffs,<br><br> v.<br><br>COREY MARCOTTE, and KING COUNTY<br><br>    Defendants. | No. 2:18-cv-01689-RSL<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEPUTY MARCOTTE<br><br>Note on Motion Calendar:<br>July 2, 2019 |

### STIPULATED MOTION

Pursuant to FRCP 41(a)(1), the Plaintiffs voluntarily dismiss with prejudice all claims against Deputy Corey Marcotte. This does not affect the claims against King County. The parties request the Court enter the order proposed below.

//

//

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEPUTY MARCOTTE - 1

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

Dated: July 2, 2019

| | |
|---|---|
| MacDONALD HOAGUE & BAYLESS<br>Attorneys for Plaintiffs | SEAMARK LAW GROUP PLLC<br>Attorneys for Deputy Marcotte |
| By: *s/David Whedbee*<br>    David Whedbee, WSBA No. 35977<br>    Joe Shaeffer, WSBA No. 33273<br>    MacDonald Hoague & Bayless<br>    705 2nd Avenue, Suite 1500<br>    Seattle, WA 98104<br>    (206) 622-1604<br>    davidw@mhb.com<br>    joe@mhb.com | By: *s/Geoff Grindeland*<br>    Geoff Grindeland, WSBA No. 35798<br>    Nikki Carsley, WSBA No. 46650<br>    Seamark Law Group PLLC<br>    400 Winslow Way E, Ste 230<br>    Bainbridge Island, WA 98110<br>    (206) 502-2510<br>    geoff@seamarklaw.com<br>    nikki@seamarklaw.com |

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *s/David J. Hackett*
    David J. Hackett, WSBA No. 21236
    King County Prosecuting Attorney
    500 4th Avenue, Suite 900
    Seattle, WA 98104
    (206) 296-8820
    david.hackett@kingcounty.gov

## ORDER

Based on the foregoing, all claims against Deputy Corey Marcotte are dismissed with prejudice, but without an award of fees or costs to any party. Deputy Marcotte is no longer a party to this case.

IT IS SO ORDERED.

Dated this 12th day of July, 2019.

*[signature]*
Honorable Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE OF ALL CLAIMS
AGAINST DEPUTY MARCOTTE - 2

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510