Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

P.B and N.W, minors,

    Plaintiffs,

v.

COREY MARCOTTE, and KING COUNTY

    Defendants.

No. 2:18-cv-01689-RSL

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF P.B.'S UNOPPOSED MOTION FOR APPOINTMENT OF SETTLEMENT GUARDIAN AD LITEM

Counsel for Plaintiff P.B., a minor, has petitioned the Court, without opposition, seeking the appointment of a Settlement Guardian Ad Litem for P.B., under Federal Rule of Civil Procedure 17(c), and Local Rule 17 of the U.S. District Court, Western District of Washington.

Having shown good cause, and in the best interest of P.B., the Court hereby GRANTS Plaintiff's motion and APPOINTS Attorney Jo-Hanna Read as Guardian ad Litem for said individual, to discharge her duties and obligations pursuant to said Rules, with her fees and expenses to be compensated at her normal rate, plus any necessary expenses.

DATED this 31st day of July, 2019.

_____
Robert S. Lasnik
United States District Judge

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF P.B.'S UNOPPOSED MOTION FOR APPOINTMENT OF SETTLEMENT GUARDIAN AD LITEM - 1

No. 2:18-cv-01689-RSL

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961