Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| P.B and N.W, minors,<br><br>            Plaintiffs,<br><br>    v.<br><br>COREY MARCOTTE, and KING COUNTY<br><br>            Defendants. | No. 2:18-cv-01689-RSL<br><br>[~~PROPOSED~~] ORDER APPROVING PLAINTIFFS' UNOPPOSED PETITION FOR APPROVAL OF MINOR P.B.'S SETTLEMENT |

Based on the Plaintiffs' Unopposed Petition for Approval of the Proposed Minor Settlement, the Report of the Guardian Ad Litem (GAL), Jo-Hanna Read, the pleadings previously filed, and the Court being otherwise fully informed,

IT IS HEREBY ORDERED

(1) That the settlement offer outlined in Plaintiff's Unopposed Petition for Approval of Minor Settlement is granted and the settlement is approved;

(2) That the Guardian Ad Litem, Jo-Hanna Read, and Plaintiffs' counsel are authorized to execute the proposed Settlement Agreement and releases of minor Plaintiff P.B.'s claims;

(3) That payment of attorneys' fees in the amount of $11,528.44 to MacDonald Hoague & Bayless, and reimbursement of advanced litigation costs in the amount of $471.56, is approved;

(4) That, after allocation of the abovementioned attorneys' fees and costs, and allocation of $30,000.00 to co-Plaintiff Noah Williams and his respective share of attorneys' fees and cost

[~~PROPOSED~~] ORDER APPROVING PLAINTIFFS' UNOPPOSED
PETITION FOR APPROVAL OF MINOR P.B.'S SETTLEMENT - 1

No. 2:18-cv-01689-RSL
11769.1 mh291403

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1 | reimbursement, the amount of $20,000 is approved as the net monetary settlement to Plaintiff P.B.;

(5) That, consistent with the foregoing allocations, Plaintiffs' counsel shall hold in trust $20,000 and within 15 days of receipt of said funds establish a blocked account in Plaintiff P.B.'s name and deposit the $20,000 allocated for P.B. into said account, which P.B. may access upon his 18th birthday without restriction and without further court order;

(6) That Plaintiff's counsel shall file a receipt for the blocked account within 30 days of receipt of the settlement funds; and

(7) That the Guardian ad Litem fees in the amount of $1,000 are approved, to be paid by Defendant King County.

DATED this 20th day of Sept., 2019.

_____
Robert S. Lasnik
UNITED STATES DISTRICT COURT JUDGE

Presented by:

MacDONALD HOAGUE & BAYLESS

By: *s/David Whedbee*
David J. Whedbee, WSBA # 35977
davidw@mhb.com
Joe Shaeffer, WSBA #33273
joe@mhb.com

Attorneys for Plaintiffs

[PROPOSED] ORDER APPROVING PLAINTIFFS' UNOPPOSED
PETITION FOR APPROVAL OF MINOR P.B.'S SETTLEMENT - 2

No. 2:18-cv-01689-RSL
11769.1 mh291403

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961