The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P.B.; and N.W., minors,<br><br>                    Plaintiffs,<br><br>    v.<br><br>COREY MARCOTTE and KING COUNTY,<br><br>                    Defendants. | No. 18-cv-01689-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED between the plaintiffs and all defendants, parties to the above-entitled action, that the same be dismissed with prejudice and without costs and attorney's fees.

DATED this 20th day of December, 2019.

STIPULATION AND ORDER OF DISMISSAL (CV18-01689-RSL) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

By: s/ Joe Shaffer
Joe Shaeffer, WSBA 33273
Attorney for Plaintiffs
MCDONALD HOAGUE & BAYLESS
705 Second Ave., Suite 1500
Seattle, WA 98104
206-622-1604
joe@mhb.com

By: s/ David J. Hackett
David J. Hackett, WSBA #21236
Senior Deputy Prosecuting Attorney
Attorney for Defendant
KING COUNTY PROSECUTING ATTORNEY'S OFFICE
500 Fourth Ave., Suite 900
Seattle, WA 98104
206-296-8820
david.hackett@kingcounty.gov

## ORDER

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED and DECREED that the above-entitled matter be and the same is hereby DISMISSED WITH PREJUDICE without costs or attorney's fees.

DONE IN OPEN COURT this 8th day of January, 2020.

_____
The Honorable Judge Robert S. Lasnik

STIPULATION AND ORDER OF DISMISSAL (CV18-01689-RSL) - 2

**Daniel T. Satterberg,** Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney


By: s/ *David J. Hackett*
David J. Hackett, WSBA #21236
Senior Deputy Prosecuting Attorney
Attorney for Defendant
KING COUNTY PROSECUTING ATTORNEY'S OFFICE
500 Fourth Ave., Suite 900
Seattle, WA 98104
206-296-8820
david.hackett@kingcounty.gov



By: s/ *Joe Shaffer*
Joe Shaeffer, WSBA 33273
Attorney for Plaintiff
MCDONALD HOAGUE & BAYLESS
705 Second Ave., Suite 1500
Seattle, WA 98104
206-622-1604
joe@mhb.com

STIPULATION AND ORDER OF DISMISSAL (CV18-01689-RSL) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430 Fax (206) 296-8819